UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANA BERNARD and
SELENA COBB, Individually
and on behalf of all others
similarly situated,

        Plaintiff,

v.                                   Case No.:
                                     Circuit Ct No: 16-CA-009413

BAYCARE HEALTH SYSTEM, INC.,
d/b/a JOHN KNOX VILLAGE OF
TAMPA BAY,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING REMOVAL

The Defendant, BayCare Health System, Inc., d/b/a John Knox Village of Tampa Bay, ("Defendant"), hereby gives notice of filing its Notice of Removal in the above-styled action from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to this Court. Removal is proper on the following grounds:

1.     The Plaintiffs, Diana Bernard and Selena Cobb ("Plaintiffs") filed their complaint in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on October 11, 2016. The clerk of that Court assigned case number 16-CA-009413 to this action.

2.     On October 24, 2016, the Plaintiffs served their complaint on the Defendant.

3.     The Plaintiffs' complaint alleges that the Defendant failed to pay them overtime in violation of the Fair Labor Standards Act, 29 U.S.C. §201, et seq.

4. Removal of this action is proper under 28 U.S.C. § 1441 because the Court would have original jurisdiction over the Fair Labor Standards Act claims because these claims would be claims that arises under laws of the United States. See also 28 U.S.C. § 1331.

5. Venue is proper in this Court under 28 U.S.C. § 1391(b).

6. The Defendant has filed all pleadings filed to date with the Thirteenth Judicial Circuit Court simultaneously with this Notice of Removal.

Respectfully submitted,

*/s/ signature*

Thomas M. Gonzalez
Florida Bar No: 192341
Erin G. Jackson
Florida Bar No: 0413097
Thompson, Sizemore, Gonzalez
& Hearing, P.A.
Street: 201 North Franklin Street, Suite 1600
Tampa, Florida 33602
Mail: Post Office Box 639
Tampa, Florida 33601
Telephone: 813-273-0050
Facsimile: 813-273-0072
tgonzalez@tsghlaw.com
ejackson@tsghlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 14th day of November, 2016, via email and U.S. Mail to:

Wolfgang M. Florin
Christopher D. Gray
Lindsey C. Kofoed
Robin M. Orosz
Florin Roebig PA
777 Alderman Road
Palm Harbor, FL  34583
wmf@florinroebig.com
cdg@florinroebig.com
lck@florinroebig.com
rorosz@florinroebig.com

_____
Attorney